# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDGAR LOTT

VERSUS

EXXONMOBIL CORPORATION, ET
AL

NO. 2019 CW 1440

**FEBRUARY 5, 2020**

---

In Re:    Resco Holdings, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 653792.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.